UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: 7 Bay Corp

Case/AP Number 15-14885 -FJB
Chapter 11

#97 Expedited Motion filed by Debtor 7 Bay Corp For Contempt Against Avidia Bank

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The request for expedited determination is hereby granted. The Court will hold a hearing on the Debtor's Motion for Order of Contempt Against Avidia Bank for Violation of 11 U.S.C. section 362(a) (the "Motion") on February 29, 2016, at 10:00 a.m.  Responses to the Motion shall be filed by February 26, 2016 at 12:00 p.m.  Counsel for the Debtor shall immediately give notice of this order to Avidia Bank and the other parties that were served with the Motion and file a certificate of such notice.

Counsel for the Debtor and Avidia must be present at the hearing.

Other parties may attend the hearing by telephone and arrangements can be made by contacting the Courtroom Deputy, Mary Murray at (617) 748-5350.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____ Dated: 02/25/2016
Frank J. Bailey
United States Bankruptcy Judge