**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** 7 Bay Corp

**Case/AP Number** 15-14885 **-FJB**
**Chapter** 11

#97 Expedited Motion filed by Debtor 7 Bay Corp For Contempt Against Avidia Bank

#100 Opposition with certificate of service filed by Creditor Avidia Bank Re: 97 Expedited Motion filed by Debtor 7 Bay Corp For Contempt.

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied          _____Denied without prejudice          _____Withdrawn in open court

_____Overruled          _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released     _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

In light of Avidia Bank's opposition and its corrective actions taken in state court, the motion is hereby deemed moot. The hearing scheduled for February 29, 2016 is hereby canceled.

In its opposition, Avidia Bank agreed to pay Debtor's counsel's costs and fees for bringing the motion. The parties shall meet and confer concerning the amount owed to Debtor's counsel. If the parties cannot reach an agreement, either party may file a motion with the Court to request further process.

IT IS SO ORDERED:

_____ Dated: 02/26/2016
Frank J. Bailey
United States Bankruptcy Judge