UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  )<br>)<br>7 BAY CORP  )<br>)<br>)<br>Debtor  )<br>) | Chapter 11<br>Case No. 15-14885-FJB |

## DESIGNATION OF RECORD ON APPEAL

Now comes the Appellant, Avidia Bank, and pursuant to the Notice of Appeal to the District Court (pleading number 91) relating to the Notice of Appeal and Statement of Election filed by creditor Avidia Bank (pleading number 89) relating to this Court's Order on Motion to Sell (pleading number 79), the Appellant designates the following items for the record, on appeal:

1. Emergency Motion filed by Debtor 7 Bay Corp for Sale of Property Re: 7 Bay Street, Unit 3, Hull, MA. (pleading number 30).

2. Limited Opposition with certificate of service filed by creditor Avidia Bank (pleading number 51) Re: Emergency Motion filed by Debtor 7 Bay Corp for Sale of Property Re: 7 Bay Street, Unit 3, Hull, MA.

3. Limited Opposition with certificate of service filed by creditor National Lumber Company (pleading number 54) Re: Emergency Motion filed by Debtor 7 Bay Corp for Sale of Property Re: 7 Bay Street, Unit 3, Hull, MA.

4. Transcript of hearing dated January 28, 2016 on Debtor's Motion to Sell (pleading number 30).

5.  Transcript of hearing dated February 4, 2016 on Debtor's Motion to Sell (pleading number 30).

6.  Order dated February 4, 2016 (pleading number 76) Granting Emergency Motion filed by Debtor 7 Bay Corp for Sale of Property Re: 7 Bay Street, Unit 3, Hull, MA.

7.  Amended Order dated February 5, 2016 (pleading number 79) Granting Emergency Motion filed by Debtor 7 Bay Corp for Sale of Property Re: 7 Bay Street, Unit 3, Hull, MA.

8.  Notice of Appeal and Statement of Election to District Court (pleading number 88).

9.  Notice of Appeal and Statement of Election to District Court (pleading number 89).

10. Notice of Appeal and Statement of Election to District Court (pleading number 90) Re: Notice of Appeal and Statement of Election filed by creditor Avidia Bank.

11. Notice of Appeal and Statement of Election to District Court (pleading number 91) Re: Notice of Appeal and Statement of Election filed by creditor Avidia Bank.

AVIDIA BANK
By its Attorney,

/s/ Howard B. D'Amico
Howard B. D'Amico (BBO553420)
Howard B. D'Amico, P.C.
33 Waldo Street
Worcester, MA 01608
(508) 793-1606
hdamico@hbdpc.com

## CERTIFICATE OF SERVICE

I, Howard B. D'Amico, Esq., do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 2, 2016 by prepaid First Class Mail.

/s/ Howard B. D'Amico
Howard B. D'Amico